IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CAESAR,<br><br>    Plaintiff,<br><br>    v<br><br>JOE MCGRATH et al.,<br><br>    Defendant. | CASE NO. C 05-1098 SBA<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on February 9, 2007. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General

    ☒ Other: California Department of Corrections

(2) The following individuals, parties, and/or representatives did not appear:

_____

_____

(3) The outcome of the proceeding was:

    ☐ The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

1 ☐ The case has been partially resolved and, on or before
2 _____, counsel for defendants shall file a joint stipulation specifying
3 those claims which have been resolved and those that remain to be resolved by the Court.
4 ☐ The parties agree to an additional follow up settlement on _____.
5 ☒ The parties are unable to reach an agreement at this time.

Date: April 9, 2007

_____
Nandor J Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAESAR

v.

MCGRATH
_____/

No. C 05-1098 SBA

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 10, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Danny Caesar**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA 95532**

RICHARD W. WIEKING, CLERK

By:_____
Deputy Clerk

3