IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CAESAR,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>JOE MCGRATH et al.<br><br>　　　　Defendants. | Case No . C 05-1098 SBA<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>July 23, 2007</u>. The results of that proceeding are indicated below:

(1)　The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

　☒　Plaintiff

　☒　Warden or warden's representative

　☒　Office of the California Attorney General

　☒　Other: California Department of Corrections and Rehabilitation, Dr. Sayer, Chief Medical Officer, PBSP

United States District Court
For the Northern District of California

1  (2)   The following individuals, parties, and/or representatives did not appear:

2  _____

3  _____

4  (3)   The outcome of the proceeding was:

5     ☒ The case has been completely settled.  The parties agree that a proposed

6  stipulated order for dismissal of this case will be filed within sixty days.

7     ☐ The case has been partially resolved and, on or before

8  _____, counsel for defendants shall file a joint stipulation specifying

9  those claims which have been resolved and those that remain to be resolved by the Court.

10    ☐ The parties agree to an additional follow up settlement on _____.

11    ☐ The parties are unable to reach an agreement at this time.

12  Date: 7/24/07                                    _____

13                                                   Nandor J Vadas
                                                     United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAESAR,

v.

MCGRATH

_____/

No. C 05-1098 SBA

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Danny Caesar**
D-07644
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

RICHARD W. WIEKING, CLERK

By:_____
         Deputy Clerk

3